UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELDER CARE HOMECARE INC.,

                Plaintiff,

        -against-

LAURIE RACANELLI, et al.,

                Defendants.

**ORDER**

25-CV-01356 (PMH)

PHILIP M. HALPERN, United States District Judge:

On December 18, 2025, the Court held a discovery conference. Fact discovery in this matter ended on December 9, 2025. No document or other evidence will be permitted for summary judgment or trial unless it has been turned over to the opposing party. Any such evidence included in a motion for summary judgment or offered at trial will be precluded. *See* Transcript.

**SO ORDERED.**

Dated:    White Plains, New York
           December 18, 2025

                      PHILIP M. HALPERN
                      United States District Judge