

Scott R. Green | Partner
DIRECT 516.281.9859 | sgreen@goldbergsegalla.com

> Application denied.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 48.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 11, 2026

February 10, 2026

**VIA ECF**

Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
New York, New York 10601

Re:     ***Elder Care v. Racanelli et al.***
        **Case No.: 7:25-cv-1356-PMH**

Dear Judge Halpern:

Goldberg Segalla LLP represents Plaintiff Elder Care Homecare ("Elder Care") in the above-referenced action. We write jointly with Defendants Home Life Health Care LLC, HLHC LLC and Laurie Racanelli (collectively, "Defendants") to respectfully request a stay in this matter so that the parties can attempt to reach a resolution through private mediation. Though the parties previously indicated that there was no interest in settlement in a joint status report on December 23, 2025 (Doc. No. 47), further discussions and other developments now point to a more favorable climate for a potential resolution.

Discovery closed in this matter on January 23, 2026. The parties respectfully request a stay of the summary judgment motion practice deadlines (including the February 23, 2026, deadline for the parties to submit their pre-motion letter and combined Rule 56.1 Statement) so that they may focus all efforts and resources on scheduling and completing mediation. Within two weeks of this filing, the parties propose to advise the Court, by joint status letter, of the scheduled date of the first mediation session. Following the completion of the first session, the parties would jointly advise the Court of the mediation outcome within seven (7) days. This is the parties' first request in connection with this deadline.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Scott R. Green*
Scott R. Green

SRG: